
**BHG** | **BUNTROCK HARRISON GARDNER**<sub>PLLC</sub>

2158 N. Gilbert Road, Suite 119
Mesa, Arizona 85203
Telephone    (480) 664-7728
Facsimile    (480) 668-3110
**Shane D. Buntrock, Esq. – SBN 019693**
Email        shane@bhglaw.com
*Attorney for Creditors Victoria Lindsay Properties L.L.C.*
*and Lavender & Old Lace LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | Chapter 13 |
|---|---|
| CHRISTIAN MICHEL HUGHES and EMILY LOELLA HUGHES, | Case No.:  2:18-bk-00450-MCW |
| Debtors. | **ORDER GRANTING WITHDRAWAL OF CLAIMS 19 AND 20** |

Before the Court is the Motion for Withdrawal of Claims 19 and 20 ("Motion") (Dkt. 42) filed on July 30, 2018 by Victoria Lindsay Properties L.L.C. and Lavender & Old Lace LLC, creditors in this case.

The Court finds that Russell Brown, trustee for debtor, was duly notified of the motion on July 30, 2018.

No opposition or objection having been filed adverse to the Motion,

IT IS ORDERED that Claims 19 and 20 are withdrawn.